■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISAAC BONES, Appellant. [860 NYS2d 124]—

Appeal by the defendant from a judgment of the County Court, Westchester County (Adler, J.), rendered December 15, 2005, convicting him of burglary in the third degree and petit larceny, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt of burglary in the third degree beyond a reasonable doubt. Contrary to the defendant's contention, the evidence was sufficient to prove that he entered the complainant's store unlawfully (*see* Penal Law § 140.20).

The defendant's contention that the trial court erred in allowing a police detective to testify that he had grown up in the area and was familiar with the defendant is unpreserved for appellate review (*see* CPL 470.05). In any event, the trial court properly permitted the testimony as the evidence was relevant to the issue of identity and did not necessarily implicate the de-

fendant in prior uncharged criminal conduct (*see People v Reid,* 259 AD2d 505, 506 [1999]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]).

The defendant's contention that the mandatory surcharge should have been waived is unpreserved for appellate review and, in any event, is without merit (*see* CPL 420.35 [2]; *People v Domin,* 13 AD3d 391, 392 [2004]; *People v Owens,* 10 AD3d 619 [2004]). Skelos, J.P., Ritter, Florio and Dickerson, JJ., concur.